# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1147**

**CA 14-00377**

PRESENT: CENTRA, J.P., FAHEY, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

BRITT BIRD, PLAINTIFF-APPELLANT-RESPONDENT,

V                                                                    ORDER

GEICO GENERAL INSURANCE COMPANY,
DEFENDANT-RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

---

LAW OFFICES OF WAYNE C. FELLE, P.C., WILLIAMSVILLE (ELIZABETH A. BRUCE OF COUNSEL), FOR PLAINTIFF-APPELLANT-RESPONDENT.

LAW OFFICE OF DANIEL R. ARCHILLA, BUFFALO (LAUREN M. YANNUZZI OF COUNSEL), FOR DEFENDANT-RESPONDENT-APPELLANT.

---

Appeal and cross appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered May 22, 2013. The order, inter alia, granted in part the motion of plaintiff for leave to amend her complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 16, 2014,

It is hereby ORDERED that said appeal and cross appeal are unanimously dismissed without costs upon stipulation.

Entered: November 14, 2014                          Frances E. Cafarell
                                                    Clerk of the Court